IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KARON D. FREEMAN,
    Plaintiff,

vs.                                   Case No. 5:07cv218/MCR/EMT

MICHAEL J. ASTRUE,
     Defendant.
_____/

## **O R D E R**

       This matter is before the court on Plaintiff's motion for leave to proceed in forma pauperis (Doc. 3). Upon review of the motion and attached financial affidavit, the court concludes that Plaintiff has provided inconsistent information, which prevents the court from granting the motion. For example, in Part I of the affidavit of financial status Plaintiff indicates that she is single; in Part IV, however, Plaintiff indicates that her spouse is employed and earns $63,000.00 a year (*see* Doc. 3, Affidavit of Financial Status at 1, 3). Moreover, Plaintiff indicates that she has cash in a "joint" bank account (*see id.* at 2). If Plaintiff is indeed married, her spouse's income combined with Plaintiff's monthly income (i.e., $340.00/month from her employment plus $1,000.00/month from a family member (*see id.* at 2, 3)), is sufficient to warrant denial of in forma pauperis status, especially considering that Plaintiff additionally has $1,600.00 in a bank account and $150.00 cash on hand.

       In order to proceed with this case, Plaintiff must either pay the full filing fee of $350.00 or file a properly completed in forma pauperis application. If she chooses to submit a new in forma pauperis application, she should clearly indicate whether she is married and indicate the party with whom she shares a joint bank account so the court has sufficient information upon which to consider her eligibility to proceed in forma pauperis.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion to proceed in forma pauperis (Doc. 3) is **DENIED WITHOUT PREJUDICE**. Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall pay the full $350.00 filing fee, or submit a motion to proceed in forma pauperis with a properly completed affidavit of financial status.

2. Failure to comply with this order may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 18th day of September 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**