**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

KARON D. FREEMAN,
    Plaintiff,

vs.                                  Case No.: 5:07cv218/MCR/EMT

MICHAEL J. ASTRUE,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 15, 2007.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

    **DONE AND ORDERED** this 20th day of December, 2007.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS
                                        UNITED STATES DISTRICT JUDGE**